BARBARA JEANE BLANCATO ET AL. *v.*
SEBASTIAN RANDINO

The plaintiffs' petition for certification for appeal from the Appellate Court, 30 Conn. App. 810 (AC 11398), is granted, limited to the following issues:

"(1) Under the circumstances of this case, did the Appellate Court improperly apply the general verdict rule to bar consideration of the plaintiff's claim regarding the jury charge on negligence per se?

"(2) If the answer to (1) is yes, was the jury charge on negligence per se harmful error?"

*Alexandra Davis* and *Mary Rebecca Knack,* legal intern, in support of the petition.

*Karen P. Blado,* in opposition.

Decided May 26, 1993

RICHARD JOHNSON ET AL. *v.* SALVATORE
RUOTOLO ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 913 (AC 11275), is denied.

*Frank P. Cannatelli,* in support of the petition.

Decided May 26, 1993

DELORES D. STEWART *v.* LEROY STEWART

The plaintiff's petition for certification for appeal from the Appellate Court, 30 Conn. App. 920 (AC 10940), is denied.

*Delores D. Stewart,* pro se, in support of the petition.

Decided May 26, 1993